UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------x
HOWMEDICA OSTEONICS CORP., a New Jersey corporation and subsidiary of STRYKER CORPORATION ,

Plaintiff,

- against -

ROBERT JARRELL, an Ohio resident, ASHLEY BRANDENBURG, an Ohio resident, and D.N.E., LLC, doing business as Seal XFX, a Texas LLC,

Defendants.
------------------------------------------------------------------x

Civ A. No. 2:15-cv-1179-JLL-JAD

## STIPULATION OF EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

WHEREAS, Defendant Ashley Brandenburg ("Brandenburg") was served with the Summons and Complaint filed by Plaintiff Howmedica Osteonics Corp., a subsidiary of Stryker Corporation ("Stryker"), on February 20, 2015.

WHEREAS, Brandenburg's time to answer, move or otherwise respond to the Complaint is currently March 13, 2015;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Stryker and Brandenburg as follows:

(1) Brandenburg's time to answer, move or otherwise respond to the Complaint shall be extended to and including April 13, 2015;

(2) Brandenburg intends to assert as a defense, *inter alia*, that this court lacks personal jurisdiction over her and intends to move to dismiss based on F.R.C.P. 12(b)(2);

19241093v.1

  (3) No previous extension of time has been sought or obtained.

  (4) Electronic signatures on this Stipulation will be deemed originals for purposes of this Stipulation only.

Dated this 11th day of March, 2015.

By /s/ Ashley Brandenburg  
 Ashley Brandenburg

By /s/ James S. Yu  
 James S. Yu  
 SEYFARTH SHAW LLP  
 620 Eight Avenue  
 New York, NY 10018-1405  
 Telephone: (212) 218-5500

 Michael D. Wexler  
  (to be admitted *pro hac vice*  
 Justin K. Beyer  
  (to be admitted *pro hac vice*)  
 SEYFARTH SHAW LLP  
 131 South Dearborn Street, Suite 2400  
 Chicago, Illinois 60603  
 (312) 460-5000

 *Counsel for Plaintiff*  
 *Howmedica Osteonics Corp., a*  
 *subsidiary of Stryker Corporation*

SO ORDERED on this ___ day of _____

_____  
Hon. Joseph A. Dixon, U.S.M.J.

19241093v.1