**DLS DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
--------------------------------------------------------------X
HOWMEDICA OSTEONICS CORP.,

    Plaintiff,          Case No. 2:15-CV-01179-JLL-JAD

  -against-           AFFIDAVIT OF SERVICE

ROBERT JARRELL, et al.,

    Defendants.
--------------------------------------------------------------X
STATE OF OHIO   )
       S.S.:
COUNTY OF HAMILTON )

    **JACK R. LATHAM, JR.,** being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

    That on the 20th day of February, 2015, at approximately 1:15 pm, deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET, AND FED R. CIV. P. 7.1 DISCLOSURE STATEMENT** upon **MS. ASHLEY BRANDENBURG** at 427 Delta Avenue, Apt. A-31, Cincinnati, Ohio, by personally delivering and leaving the same with **MS. ASHLEY BRANDENBURG** at that address. At the time of service, deponent asked **MS. ASHLEY BRANDENBURG** whether she is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

    **MS. ASHLEY BRANDENBURG** is a white female, approximately 30 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 130 pounds with blonde hair and brown eyes.

    **JACK R. LATHAM, JR.**

Sworn to before me this
26 day of February, 2015

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com

CELINE M. ESTILL
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Clermont County
My Comm. Exp. 7/11/15